### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**ADMIRAL INSURANCE COMPANY**  **PLAINTIFF**

V.  4:14CV00296 JM

**DEONTE BRADLEY, et al.,**  **DEFENDANTS**

### JUDGMENT

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the Plaintiff.

IT IS SO ORDERED this 1st day of June, 2015.

_____
James M. Moody Jr.
United States District Judge